**J. A. Whitsell, appellant, v. H. F. Hunter, appellee. Gen. No. 6,785.**
Action to recover commissions for the sale of a farm. Judgment
for defendant. Appeal from the Circuit Court of Knox county; the
Hon. George W. Thompson, Judge, presiding Heard in this court
at the April term, 1920. Affirmed. Opinion filed June 29, 1920.
R. D. Robinson and Williams, Lawrence, Green & Gale, for appel-
lant. Hardy & Hardy and Marsh & Rice, for appellee.
Mr. Presiding Justice Dibell delivered the opinion of the court.

**McLeish, Baxter & Flanders, appellants, v. Clara A. Fitzgerald et
al., appellees. Gen. No. 6,830.**
Action to recover commissions for the sale of a farm. Judgment
for defendants. Appeal from the County Court of Winnebago county;
the Hon. Fred E. Carpenter, Judge, presiding. Heard in this court
at the April term, 1920. Reversed and remanded. Opinion filed
June 29, 1920.
Frank M. Ryan, for appellants. Knight & Mohr, for appellees.
Mr. Presiding Justice Dibell delivered the opinion of the court.

**Benjamin W. Stafford et al., plaintiffs in error, v. Herbert R. Phelps
et al., defendants in error. Gen. No. 6,773.**
Bill praying for the construction of a will. Bill dismissed. Error
to the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge,
presiding. Heard in this court at the October term, 1919. Affirmed.
Opinion filed June 29, 1920. Dibell, P. J., took no part.
George Warner Young, for plaintiffs in error. Frank G. Brumand,
for defendants in error. Pence B. Orr, guardian *ad litem* for Dorothy
Marshall.
Mr. Justice Heard delivered the opinion of the court.

**George A. Genseke, appellee, v. Illinois Light & Traction Company,
appellant. Gen. No. 6,779.**
Action for damages to automobile caused by collision with street
car. Judgment for plaintiff. Appeal from the Circuit Court of La-
Salle county; the Hon. Samuel C. Stough, Judge, presiding. Heard
in this court at the April term, 1920. Affirmed. Opinion filed
June 29, 1920.
Edgar B. Elder, for appellant. Boys, Osborn & Griggs, for appellee.
Mr. Justice Heard delivered the opinion of the court.

**Helen Johnson, appellee, v. Palace Livery & Taxicab Company, ap-
pellant. Gen. No. 6,782.**
Action for damages to automobile caused by collision with a taxicab.
Judgment for plaintiff. Appeal from the County Court of Peoria
county; the Hon. Robert H. Lovett, Judge, presiding. Heard in this
court at the April term, 1920. Reversed and remanded. Opinion filed
June 29, 1920.
Dailey, Miller, McCormick & Radley, for appellant. Scholes & Pratt,
for appellee.
Mr. Justice Heard delivered the opinion of the court.